6785

## HOLT v. DEMOCRATIC EXECUTIVE COMMITTEE OF TOWN OF GAFFNEY.

PRIMARY ELECTION.—Under a rule governing a primary election, requiring pledges to be filed by candidates five days before the election, a pledge filed on the 2d of January is in time for the election on the 7th of January.

Petition by D. J. Holt for writ of certiorari against Thomas B. Butler *et al.,* composing the Democratic Execu-

tive Committee for the town of Gaffney, and W. L. Settlemeyer, in the original jurisdiction of this Court.

The rules for conducting the primary election in the town of Gaffney for nomination of municipal officers, provide that the first election should be held on the seventh of January, and that all candidates should file their pledges and pay the assessments five days before the election. The petitioner, a candidate for alderman, filed his pledge and paid his assessment on the second of January. The town executive committee declined to print his name on the ticket and to count the votes cast for him because his pledge was not filed in time. Twenty-nine votes were cast for petitioner and twelve for his opponent, W. L. Settlemeyer.

March 2, 1908. PER CURIAM. On hearing the petition, affidavits and demurrer herein, it is considered by the Court that the Democratic Executive Committee of the town of Gaffney committed error of law in deciding under the rules of the party the petitioner had not filed his pledge and paid his assessments within the time required by said rule and was not entitled to be a candidate in the primary election and to have the votes cast for him therein counted.

It is therefore ordered and adjudged that the petitioner, D. J. Holt, is entitled to be declared the Democratic nominee for alderman in Ward 1 for the town of Gaffney at the municipal election to be held in said town on the 3d day of March, 1908.